UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 DEC 19  P 4: 36

*************************

**ROY OWENS**
Plaintiff

**VS**

ANDREW STOCKWELL-ALPERT,
and et al
Defendants
*************************

*
*                    CIVIL ACTION
*
*                    NO. 05- 11753 DPW
*
*
*
*                    __INQUIRY__
*
*

_____

## TO WHOM IT MAY CONCERN:

The Plaintiff has made a request to file this case in August 2005 and receive help with an attorney. Plaintiff have been told by the Pro se, clerk not to send the complaint to the Defendants until he hear's from her, Plaintiff have inquired several's time. The Pro se Clerk have stated repeatedly she had not received any response from the U.S. District Judge. therefore Plaintiff must wait. Plaintiff requested to speak to the person the Pro se Clerk had sent the application to , however he was told he was not entitle to that information and Plaintiff will just have to wait , Plaintiff want to know how long, he will have to wait and if there is someone else he can speak to. Also what are the legal problem with continuing to wait.

Signed under the pains and penalties of perjury,

Date: 12/16/2005

Roy Owens, Pro se
406 Woodville Street.
Roxbury, Ma 02119
Tel- 617-5414335

and were served by hand to the ( PRO SE CLERK OF COURT- CIVIL ACTION / UNITED STATES DISTRICT COURT CLERK'S OFFICE/ SUITE 2300 / UNITED STATES COURTHOUSE / 1 COURTHOUSE WAY / BOSTON, MASSACHUSETTS 02210.