```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

ROY OWENS,                        )
          Plaintiff,              )
                                  )
     v.                           )     C.A. No. 05-11753-DPW
                                  )
ANDREW STOCKWELL-ALPERT,          )
          Defendant.              )
```

JUDGMENT OF DISMISSAL

For the reasons stated in the Memorandum and Order of Dismissal dated December 28, 2005, this action is DISMISSED.

```
                              SARAH A. THORNTON
                              CLERK OF COURT


Dated: 12/28/05               By s/ Michelle Rynne
                                  Deputy Clerk
```