UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| ROY OWENS<br>Plaintiff | \* <br> \* <br> \* | CIVIL ACTION <br><br> C.A. NO. 05-11753DPW |
| VS | \* <br> \* | |
| ANDREW STOCKWELL-ALPERT,<br>and et al<br>Defendants | \* <br> \* <br> \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## OBJECTION OF THE JUDGMENT OF DISMISSAL BY U.S. DISTRICT COURT OF PLAINTIFF

   Now come the Plaintiff in the above matter, requesting this Honorable Court to reverse it self in it's decision to Dismiss Plaintiff Complaint for the following reasons;

1. Before Plaintiff filed his Complaint in the U.S. District Court he requested assistance with his Complaint, because he did no know the laws of the court well enough to prepare his case properly and he could not afford to pay the fees because he was not working.

2. Plaintiff was told don't worry about the complaint being correct or incorrect, because when he got a lawyer the Complaint would be amended before the Court officially addressed it .

3. Plaintiff was given some forms to fill out , he did, and gave them back, and was told they was all right, and if there was any question he would be notified.

4. Plaintiff was told to go home and wait for a reply and not mail anything until he heard form the U.S. District Court Clerk.

5. Plaintiff was never notified about anything, however Plaintiff made several inquiries asking what was taking so long and was told to keep waiting?

6. When plaintiff received no response, he request to speak to someone higher up the chain of command and was told he was not entitle to speak to anyone else and that he could only speak to the pro se clerk or write letters and someone would answer his request if they felt like it.

7. Plaintiff request the name of the person or persons ,who was suppose to approve or verify or approve application. Plaintiff was denied these requests.

8. Around December 19, 2005 Plaintiff was given finally given a case number when he made his last complaint. and received a response

9. Plaintiff would have done more research and sought help else where if this Court has not mislead Plaintiff in to filing his complaint premature, by giving his false hope.

### Conclusion

Plaintiff do not know, who is doing the research, regarding his application in the past, however this is the first time Plaintiff has ever been notified as to any problems concerning his applications. If there are letters in the file concerning incomplete application they was never forwarded to Plaintiff.

It is inexcusable for a court to say Plaintiff is not unfamiliar with the process of litigation of this court. Then goes on to state Plaintiff have filed three other case and did them wrong therefore, despite the fact Plaintiff has asked for help and we did not give it to him he still should have done the Complaint correctly.

Plaintiff have been taken advantage of by a lawyer he paid in advance to represent him, who ran off with his money and all the records for several years.

All the record in the Superior Court disappeared and has never been found, Plaintiff was told he could not start the case over or get another attorney, plaintiff had to find the attorney and get him to resign from the case.

All the record from the city of Boston who the Defendant was suppose to be represent the Plaintiff against.

After years of complaining to the Superior Court, they finally discover the name of the attorney and his where about.

The Defendant refused to give Plaintiff the case for several yeas and only gave it up after demand from city hall to do so. As Plaintiff go no help from the court requesting his to do so.

After Plaintiff received the case Plaintiff was told by the court to take the case to Board of bar of Overseer and if they found defendant guilty, the case could be put back on the calender.

Plaintiff did all these thing and the courts has found one excuse after another not to grant Plaintiff Justice, and because the court have decided it is not cable of surrendering, justice for God people and the poor, Plaintiff will now appeal to God for Justice, the God who rule the universe, surely God will answer Plaintiff pray and grant Plaintiff relief.

ROY OWENS, Pro se
6 WOODVILLE ST.
ROXBURY, MA 02119
Tel- 617-541-4335

Date: 01/-09/2006

CC: ATT. MALANNA G. CLINE, BBO 086860
 For: Andrew Stockwell-Alpert
 300 Market St. / Brighton Ma, 02135
 Telephone 617 783-5997

and were served by hand to the (Pro Se Clerk of Court - Civil Action / United States District Court Clerk's Office Suite 2300 / United States Courthouse / 1 Courthouse way / Boston, Massachusetts 02210.)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2006 JAN 10 P 12: 36

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| ROY OWENS<br>Plaintiff | * * * | CIVIL ACTION  DIST. COURT<br>DISTRICT OF MASS. |
| | * | C.A.   NO.  05-11753-DPW |
| VS | * * | |
| ANDREW STOCKWELL-ALPERT,<br>and et al<br>Defendants | * * * | Certificate of<br>Service |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

**1. Objection of the Judgment of Dismissal by U.S. District Court of Plaintiff Complaint**

I hereby certify, under the penalties of perjury, that I have made service, on this date, of the following listed documents:

ROY OWENS, Pro se
6 WOODVILLE ST.
ROXBURY, MA 02119
Tel- 617-541-4335

Date; 01/09/2006

CC: ATT. MALANNA G. CLINE, BBO 086860
   For: Andrew Stockwell-Alpert
   300 Market St. / Brighton Ma, 02135
   Telephone 617 783-5997

and were served by hand to the ( PRO SE CLERK OF COURT- CIVIL ACTION / UNITED STATES DISTRICT COURT CLERK'S OFFICE/ SUITE 2300 / UNITED STATES COURTHOUSE / 1 COURTHOUSE WAY / BOSTON, MASSACHUSETTS 02210.